# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CRIMINAL COMPLAINT AND | : | MAGISTRATE NO: |
| | : | |
| ARREST WARRANT FOR | : | |
| | : | UNDER SEAL |
| TIJANI AHMED SAANI | : | |
| | : | |

## GOVERNMENT'S MOTION TO SEAL

The United States, by and through its attorney, the Assistant Attorney General for the Department of Justice Antitrust Division, hereby respectfully moves this Court to place under seal, until further order of the Court, the Arrest Warrant, the accompanying Affidavit in Support of an Arrest Warrant, this Motion to Seal, and this Court's Order sealing the aforesaid documents. In support of this motion, the United States represents the following:

The affidavit in support of the warrant in this matter contains sensitive law enforcement information regarding an ongoing criminal investigation. If such information were made public at this time, it would impede the ongoing investigation by alerting persons suspected of engaging in criminal conduct of undercover law enforcement activity and other information known to law enforcement. Such premature public disclosure could compromise the ongoing investigation and could undermine the development of evidence in this matter. *See United States v. Hubbard*, 650 F.2d 293, 208 U.S. App. D.C. 399 (D.C. Cir. 1981); *In re Sealed Affidavits*, 600 F.2d 1256 (9th Cir. 1979); *Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975). *Cf. In re Search Warrants issued on May 21, 1987*, 1990 WL 113874 (D.D.C. 1990) (information released after the government agreed there was no further need for secrecy). There is, therefore, a compelling governmental interest in maintaining the affidavit under seal. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir 1991) .

WHEREFORE, the government respectfully requests that this motion be granted.

Respectfully submitted,

Assistant Attorney General
Department of Justice Antitrust Division

Trial Attorney
Department of Justice Antitrust Division
1401 H Street, N.W., Suite 4000
Washington, DC 20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE:                                        :
                                              :
CRIMINAL COMPLAINT AND                        :        MAGISTRATE NO:
                                              :
ARREST WARRANT FOR                            :
                                              :        **UNDER SEAL**
TIJANI AHMED SAANI                            :
_____            :

## ORDER

     Upon consideration of the Government's Motion to Seal, and the facts set forth in the

Affidavit in Support of Arrest Warrant, it is,

     HEREBY ORDERED that the Motion shall be, and hereby is,

     GRANTED, and the Affidavit in Support of Arrest Warrant, the Arrest Warrant, the

Government's Motion to Seal, and this Court's Order to Seal, shall remain under seal until further

Order of the Court.

Dated_____          _____
                                              MAGISTRATE JUDGE
                                              United States District Court
                                              District of Columbia

cc: