**FILED**

**MAY 0 8 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: : | |
| : | **MAGISTRATE NO: 08-203-M-1** |
| ARREST WARRANT FOR : | |
| : | |
| TIJANI AHMED SAANI : | |
| : | |

## ORDER TO UNSEAL COMPLAINT, AFFIDAVIT AND ARREST WARRANTS

It is hereby ORDERED that the Complaint, Affidavit and Arrest Warrants in the above-captioned case is UNSEALED after 2 p.m. on Thursday, May 8, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Date: May 8, 2008