# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 08-203-M-01 |
| | ) | |
| vs. | ) | **FILED** |
| | ) | |
| TIJANI AHMED SAANI, | ) | MAY 1 5 2008 |
| | ) | |
| Defendant. | ) | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## GOVERNMENT'S PROPOSED ORDER TO STAY RELEASE ORDER

HAVING CONSIDERED the Government's motion to stay United States Magistrate Judge Lois Bloom's Order authorizing release of the above-captioned defendant, and pursuant to Title 18, United States Code, Section 3145(a)(1), I hereby STAY the Release Order issued on May 14, 2007 and direct that defendant Saani be remanded to custody pending my consideration of the Government's appeal of said Release Order.

Dated this 15th day of May, 2008.   3:15 p.m.

_____
THE HONORABLE ROYCE C. LAMBERTH
Chief Judge, United States District Court
District of Columbia