**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| | **:** | |
| **UNITED STATES OF AMERICA** | **:** | **Magistrate No. 1:08-mj-203** |
| | **:** | |
| v. | **:** | |
| | **:** | |
| **TIJANI AHMED SAANI,** | **:** | |
| **Defendant** | **:** | |
| _____ | **:** | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Kathryn H. Albrecht, and enters her notice of appearance on

behalf of the United States in the above-styled case.

Respectfully submitted this 19th day of May, 2007.


William M. Welch II
Acting Chief
Public Integrity Section


**s/Kathryn H. Albrecht**

BY:  _____

Kathryn H. Albrecht
Trial Attorney
Criminal Division
Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 305-7348
Fax: (202) 514-3003
Email: kate.albrecht@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this 19th day of May 2008, that I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system and sent a copy of the above by facsimile

to:

Peter Toumbekis
Heller & Heller
fax (212) 737-4186


William M. Welch II
Chief
Public Integrity Section

**s/Kathryn H. Albrecht**

BY:   _____

Kathryn H. Albrecht
Trial Attorney
Criminal Division
Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 305-7348
Fax: (202) 514-3003
Email: kate.albrecht@usdoj.gov